UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                      Case No. 14-11269-RAM

Angelica Pita
                                                                            Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

### IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

Creditor, HSBC Bank USA, filed a secured proof of claim (claim number 3) in the amount of $241,271.28 with an arrearage in the amount of $94,963.40. Debtor has stated in her First Amended Plan that she will surrender the real estate collateral at 10835 SW 112th Ave, #318, Miami, FL 33131 to the lender. Debtor requests that the arrearages be stricken.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: April 25, 2014                        /s/ *Robert Sanchez, Esq.*
                                             Fl Bar No. 044261
                                             Robert Sanchez, P.A.
                                             355 West 49th Street
                                             Hialeah, FL 33012

LF-70 (rev. 12/01/09)