UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:                                            CASE NO.: 14-11269-RAM
                                                  CHAPTER 13

ANGELICA PITA,

    Debtor.

_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

DEUTSCHE BANK NATIONAL TRUST COMPANY, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-NC2, Mortgage-Pass Through Certificates, Series 2007-NC2 ("Creditor"), by and through undersigned counsel, hereby files its Objection to Confirmation of Debtor's Chapter 13 Plan (DE # 43) and, in support thereof, states as follows:

1.      Angelica Pita ("Debtor") filed a voluntary Chapter 13 proceeding pursuant to the United States Bankruptcy Code in this Court on January 20, 2014.

2.      Creditor holds a Mortgage on the real property owned by Debtor located at 11917 SW 110 CIRCLE, MIAMI, FLORIDA 33186, which is recorded in Official Record Book 25085 at Page 4192-4215 in the Public Records of Miami-Dade County, Florida. The legal description of the property is as follows:

> LOT 24, BLOCK 11, DEVON-AIRE VILLAS, SECTION THREE, ACCORDING TO THE PLAT THEREOF AS RECRODED IN PLAT BOOK 107, PAGE 13, PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

3.      Although the Debtor's Plan provides for payments to Creditor, it only allots $31,938.00 for arrearages.  Therefore, Creditor contends that the Plan is not in compliance with requirements of 11 U.S.C. § 1322(b)(3) and cannot be confirmed per § 1325(a)(5) as Creditor objects to any Plan that proposes to pay Creditor any amount less than approximately $32,063.47 as the pre-petition arrearage over the life of the Plan.

4.      Furthermore, upon review of Debtors' Schedules I and J, their combined monthly income is $1,607.36 while Debtors' monthly expenses, excluding the mortgage payment, are $865.00. Thereby, leaving Debtors with insufficient income to cover the payments on the subject loan.  As a result, Creditor objects to the confirmation of Debtors' Plan in that it is not feasible and cannot be confirmed per § 1325(a)(6).

5.      Creditor is in the process of preparing a Proof of Claim and intends to file same with this Court prior to the Claims Bar Date of July 9, 2014. Creditor reserves the right to amend and/or supplement this response, if necessary.

6.      Furthermore, Creditor has incurred fees and costs as a result of having to file this objection.

        **WHEREFORE,** Creditor respectfully requests entry of an order denying confirmation of the proposed Chapter 13 Plan unless such plan is amended to overcome the objections as stated herein and for such other and further relief as the Court deems just and proper.

        **I HEREBY CERTIFY** that a copy of the foregoing Objection to Confirmation has been served either by electronic transmission or by United States first class mail postage prepaid to the attached mailing list on this 13th day of May, 2014.

Respectfully Submitted,

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901 Ext. 1091
Facsimile: 561-241-1969

By:  /s/ Anila S. Rasul_____
Anila S. Rasul, Esquire
Florida Bar No. 36378
Email: arasul@rasflaw.com

**<u>Mailing list</u>**

Angelica Pita
10835 SW 112th Avenue #318
Miami, FL 33176-3208

Robert Sanchez, Esq.
355 W 49 St.
Hialeah, FL 33012

Nancy N. Neidich
P.O. Box 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130