

**ORDERED in the Southern District of Florida on June 13, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                CASE NO.  14-11269

Angelica Pita

          Debtor.

_____/

ORDER CONTINUING MOTION TO VALUE ECF#33

THIS CASE came before the Court on  June 10, 2014 on the Motion to Value (ECF #33)

and based on the record, it is

ORDERED as follows:

1.  The motion to value is continued to July 1, 2014 at 9:00 am in Courtroom 1406, 51

SW 1st Avenue, Miami, Florida

* * *

Submitted by
    NANCY K. NEIDICH, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE
    P.O. BOX 279806
    MIRAMAR, FL 33027
    (954)  443-4402

 Debtor's attorney shall serve a copy of this order pursuant to FRBP 7004 on the creditor and/or
creditor's attorney and file a certificate of service with the Clerk of the Court.