**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ __Second__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR**: ANGELICA PITA** JOINT DEBTOR:_____ CASE NO.: 14-11269-RAM
Last Four Digits of SS# XXX-XX-9583 Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2,132.13 for months __1__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.000 (+$775.00 Motion to Value)= $4,425.00
    TOTAL PAID $2,000.00 Balance Due $ 2,425.00 payable $ 121.25 /month
    (Months __1__ to __20__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Ocwen Loan Servicing    Arrearage on Petition Date $ 32,063.47
Address: c/o Deutsche Bank National Trust  Arrears Payment $ 534.39 /month (Months __1__ to __60__)
c/o Elizabeth R. Wellborn P.A.    Regular Payment $ 1,246.90 /month (Months __1__ to __60__)
350 Jim Moran Blvd., Suite 100
Deerfield Beach, FL 33442
Account No: 706026598

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing Account No.706077534 | Property Address: 11917 SW 110th Street Circle E, Miami, FL 33186 Value $125,000 Appraisal by: PMR Appraisals Inc. | 0% | $ 0.00 | __1__ To __60__ | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.    N/A    Total Due $_____
    Payable $_____/month (Months___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 16.38 /month (Months __1__ to __20__), $ 137.63/month (Months __21__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is Surrendering all interest in the property located at: 10835 SW 112th Ave. #318, Miami, FL 33176- with the 1st Mortgage Americas Servicing Co. (Account No.XXX-3483) and the 2nd Mortgage Americas Servicing Co. (Account No.XXX-2057).
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
  /s/ *Angelica Pita*                                    _____
Debtor                                                      Joint Debtor
Date: 7/07/2014                                       Date:_____

LF-31 (rev. 06/02/08)