# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:

ANGELICA PITA

DEBTOR_____/

CASE NO.: 14-11269-BKC-RAM
PROCEEDING UNDER CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

   **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

   WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

   **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on December 24, 2015

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
☑ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
☐ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 14-11269-BKC-RAM

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
ANGELICA PITA
10835 SW 112TH AVENUE
#318
MIAMI, FL  33176-3208

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
                           P. 1
* * * COMMUNICATION RESULT REPORT ( SEP. 19. 20    3:56PM ) * * *

                                    FAX HEADER 1: CHAPTER 13 STANDING
                                    FAX HEADER 2:
TRANSMITTED/STORED : SEP. 19. 2014  3:52PM
FILE MODE           OPTION              ADDRESS              RESULT      PAGE
6112 MEMORY TX                      G3  :Robert Sanchez, PA  OK          1/1

REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL          E-2) BUSY
    E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
    E-5) MAIL SIZE OVER
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

## TELECOPIER TRANSMITTAL

DATE: 9/19/14

TO: B. Sanchez

FROM: Clarissa          Claims Administrator

RE: 14-11269 RAM

Number of Sheets including this transmittal: 1

MESSAGE:

After having reviewed the following document(s), it appears that the following contains a scrivener's error. Please review and correct as needed.

☐ Objection to claims DE#____
☐ Order on objection to claims DE#____
☑ Order valuing DE# 65 / 33
☑ Other: Incorrect Property address.

IF YOU HAVE ANY PROBLEMS IN CONNECTION WITH THIS TRANSMITTAL, PLEASE CONTACT (954) 443-4402

TRANSMITTED TO: _____

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the above immediately by telephone and return the original message and any copies to me at the above address via the U.S. Postal Service. Thank You.