Fill in this information to identify the case:

Debtor 1 __Angelica Pita__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __SOUTHERN__ District of __FLORIDA__

Case number __14-11269-RAM__

# Official Form 410S1
## Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-NC2, MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2007-NC2

**Last 4 digits** of any number you use to identify the debtor's account: __6598__

**Court claim no**. (if known):

**Date of payment change:** __08/01/2016__
Must be at least 21 days after date of this notice

**New total payment:** $1,209.39
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   **Current escrow payment:** $360.72            **New escrow payment:** $425.82

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   **Current interest rate:**                **New interest rate:**

   **Current principal and interest payment:**    **New principal and interest payment:**

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
            *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**          **New mortgage payment:**

Debtor 1 <u>Angelica Pita</u>                                                                    Case number *(if known)* <u>14-11269-RAM</u>
      Print Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ <u>/s/ April Harriott</u>    Date <u>June 7, 2016</u>
   Signature

| | | | |
|---|---|---|---|
| Print | <u>April Harriott</u> | Title | <u>Authorized Agent for Creditor</u> |
|  | First Name / Middle Name / Last Name | | |
| Company | <u>Robertson Anschutz & Schneid, P.L.</u> | | |
| Address | <u>6409</u>   <u>Congress Avenue, Suite 100</u> | | |
|  | Number  Street | | |
|  | <u>Boca Raton</u>         <u>FL</u>    <u>33487</u> | | |
|  | City                                      State    ZIP Code | | |
| Contact Phone | <u>561-241-6901</u> | Email | <u>aharriott@rasflaw.com</u> |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 7, 2016*, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
900 W 49TH STREET, SUITE 500
HIALEAH, FL  33012

ANGELICA PITA
10835 SW 112TH AVENUE #318
MIAMI, FL  33176-3208

NANCY N. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

                                      Robertson, Anschutz & Schneid, P.L.
                                      Authorized Agent for Secured Creditor
                                      6409 Congress Ave., Suite 100
                                      Boca Raton, FL 33487
                                      Telephone: 561-241-6901
                                      Facsimile: 561-997-6909

                                      By: <u>/s/April Harriott</u>
                                      April Harriott, Esquire
                                      Email: aharriott@rasflaw.com



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

05/27/2016

Loan Number: ▮

Angelica Pita
11917 Sw 110 Cir
Miami, FL 33186

Property Address: 11917 Sw 110 Circle
Miami, FL 33186

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## Bankruptcy Account History

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 01/20/2014, under Chapter 13 of the Bankruptcy Code.

**This notice relates to the post-petition escrow payments and disbursements only.**

**Important Notices**
Please contact us at once if you are **not** the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

**Analysis Period.** This statement includes actual and scheduled activity in the escrow account from January 2014 through July 2016.

An "s" indicates "scheduled payment".
The monthly mortgage payment in the amount of $1,144.29 of which $783.57 was for principal and interest and $360.72 was allocated to the escrow account.

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $1,442.67 | $0.00 |
| Jan-2014 | $362.64-s | | | | | $1,805.31 | |
| * | | $1,442.67 | | | POC Escrow Shortage Adjustment | | $1,442.67 |
| Feb-2014 | $360.72-s | | | | | $2,166.03 | $1,442.67 |
| Mar-2014 | $360.72-s | | | | | $2,526.75 | $1,442.67 |

NMLS # 1852

BKA_ACCTHISTM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 4



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Apr-2014 | $360.72-s | | | | | $2,887.47 | $1,442.67 |
| May-2014 | $360.72-s | | | | | $3,248.19 | $1,442.67 |
| Jun-2014 | $360.72-s | | | | | $3,608.91 | $1,442.67 |
| Jul-2014 | $360.72-s | | | | | $3,969.63 | $1,442.67 |
| Aug-2014 | $360.72-s | | | | | $4,330.35 | $1,442.67 |
| Sep-2014 | $360.72-s | | | | | $4,691.07 | $1,442.67 |
| *Oct-2014 | $360.72-s | $360.72 | | $1,733.00 | Hazard Insurance | $5,051.79 | $70.39 |
| | | | | | (POLICY # ▇▇▇) | | |
| * | | $360.72 | | $344.00 | Flood Insurance | | $87.11 |
| | | | | | (POLICY # ▇▇▇) | | |
| * | | $360.72 | | | | | $447.83 |
| * | | $360.72 | | | | | $808.55 |
| * | | $360.72 | | | | | $1,169.27 |
| * | | $360.72 | | | | | $1,529.99 |
| * | | $360.72 | | | | | $1,890.71 |
| * | | $360.72 | | | | | $2,251.43 |
| * | | $360.72 | | | | | $2,612.15 |
| * | | $360.72 | | | | | $2,972.87 |
| *Nov-2014 | $360.72-s | $360.72 | | $2,587.34 | County Tax | $5,412.51 | $746.25 |
| | | | | | (PARCEL # 3059120070240) | | |
| Dec-2014 | $360.72-s | | | | | $5,773.23 | $746.25 |
| Jan-2015 | $360.72-s | $360.72 | | | | $6,133.95 | $1,106.97 |
| Feb-2015 | $360.72-s | | | | | $6,494.67 | $1,106.97 |
| Mar-2015 | $360.72-s | | | | | $6,855.39 | $1,106.97 |

NMLS # 1852                                                                                                        BKA_ACCTHISTM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Apr-2015 | $360.72-s | $360.72 | | | | $7,216.11 | $1,467.69 |
| * | | $360.72 | | | | | $1,828.41 |
| * | | $360.72 | | | | | $2,189.13 |
| * | | $360.72 | | | | | $2,549.85 |
| May-2015 | $360.72-s | | | | | $7,576.83 | $2,910.57 |
| Jun-2015 | $360.72-s | | | | | $7,937.55 | $3,271.29 |
| Jul-2015 | $360.72-s | | | | | $8,298.27 | $3,632.01 |
| Aug-2015 | $360.72-s | | | | | $8,658.99 | $3,992.73 |
| Sep-2015 | $360.72-s | | | | | $9,019.71 | $4,353.45 |
| *Oct-2015 | $360.72-s | | | $1,643.00 | Hazard Insurance | $9,380.43 | $3,071.17 |
| | | | | | (POLICY # ▮▮▮) | | |
| * | | | | $624.00 | Flood Insurance | | $2,447.17 |
| | | | | | (POLICY # ▮▮▮) | | |
| *Nov-2015 | $360.72-s | | | $2,842.92 | County Tax | $9,741.15 | $-35.03 |
| | | | | | (PARCEL # 3059120070240) | | |
| Dec-2015 | $360.72-s | | | | | $10,101.87 | $325.69 |
| Jan-2016 | $360.72-s | | | | | $10,462.59 | $686.41 |
| Feb-2016 | $360.72-s | | | | | $10,823.31 | $1,047.13 |
| Mar-2016 | $360.72-s | | | | | $11,184.03 | $1,407.85 |
| Apr-2016 | $360.72-s | | | | | $11,544.75 | $1,768.57 |
| May-2016 | $360.72-s | | | | | $11,905.47 | $2,129.29 |
| * | | $1,407.50 | | | Escrow Balance Adjustment | | $3,536.79 |
| Jun-2016 | $360.72-s | | | | | $12,266.19 | $3,897.51 |

NMLS # 1852

BKA_ACCTHISTM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Jul-2016 | $360.72-s | | | | | $12,626.91 | $4,258.23 |
| TOTALS | $11,184.24 | $8,621.69 | $0.00 | $9,774.26 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. An "s" indicates "scheduled payment".

Projected Payments - Last year, we projected that payments made from the escrow account would total $4,328.43. Under Federal law (RESPA), with projected payments of $4,328.43 the lowest monthly balance should not {exceed / fall below} $721.40 or 1/6 of anticipated payments from the account.

Summary of Actual Payments Made from Escrow (as shown above): $5,430.26 for property taxes, $968.00 for Flood Insurance, $3,376.00 for Hazard Insurance. Please review the details carefully. If any details appear incorrect, please contact us.

*Note – **POC Escrow Shortage Adjustment** – This transaction reflects credit adjustments made by Ocwen with regard to pre-petition escrow shortage identified at the time of the bankruptcy filing and placed in the Proof of Claim filed by Ocwen and on the Claims Register of the case. Ocwen advances the pre-petition escrow shortage funds to the account so they do not become part of any ongoing post-petition escrow payments and to prevent a "double-dip." All pre-petition escrow shortage funds advanced are repaid as part of Ocwen's Proof of Claim arrearage as per the confirmed plan in the case. If the bankruptcy case is dismissed for any reason or if Ocwen obtains an Order from the Court granting it Relief from the Automatic Stay, any outstanding amounts owed for the pre-petition escrow shortage as stated in Ocwen's Proof of Claim that are not repaid prior to the said dismissal or relief order, will be added back to the outstanding escrow balance on the account.

NMLS # 1852                                                                                                    BKA_ACCTHIST M

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

05/27/2016

Loan Number:

Angelica Pita
11917 Sw 110 Cir
Miami, FL 33186

Property Address: 11917 Sw 110 Circle
Miami, FL 33186

Analysis Date: 05/27/2016

## Annual Escrow Account Disclosure Statement – Bankruptcy
### Projections for the Coming Year

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 01/20/2014 under Chapter 13 of the Bankruptcy Code.

**This statement relates to the <u>post-petition</u> escrow payments and disbursements only.**

**Important Notices**
Please contact us at once if you are <u>not</u> the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

**Please Review this Statement Carefully - The Mortgage Payment May be Affected**

This is a prediction of activity in the escrow account during the coming escrow year based on:

  a) Anticipated payments to be paid into the escrow account
  and
  b) Anticipated payments to be made from the escrow account

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
|---|---|---|
| Hazard Insurance | Oct 2016 | $1,643.00 |
| County Tax | Nov 2016 | $2,842.92 |
| Flood Insurance | Nov 2016 | $624.00 |
| Total Annual Disbursements | | $5,109.92 |

NMLS # 1852

BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| Target Escrow Payment | $425.82 = (1/12th of $5,109.92) |
| --- | --- |
| Starting Escrow Balance Needed as of Aug 2016 | $4,258.28 |

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Bal Projections |
| --- | --- | --- | --- | --- | --- |
| Beginning Balance | | | | $4,258.23 | $4,258.28 |
| Aug-2016 | $425.82 | | | $4,684.05 | $4,684.10 |
| Sep-2016 | $425.82 | | | $5,109.87 | $5,109.92 |
| Oct-2016 | $425.82 | $1,643.00 | Hazard Insurance | $3,892.69 | $3,892.74 |
| | | | (POLICY # ▮) | | |
| Nov-2016 | $425.82 | $2,842.92 | County Tax | $1,475.59 | $1,475.64 |
| | | | (PARCEL # 3059120070240) | | |
| | | $624.00 | Flood Insurance | $851.59 | $851.64(Cushion) |
| | | | (POLICY # ▮) | | |
| Dec-2016 | $425.82 | | | $1,277.41 | $1,277.46 |
| Jan-2017 | $425.82 | | | $1,703.23 | $1,703.28 |
| Feb-2017 | $425.82 | | | $2,129.05 | $2,129.10 |
| Mar-2017 | $425.82 | | | $2,554.87 | $2,554.92 |
| Apr-2017 | $425.82 | | | $2,980.69 | $2,980.74 |
| May-2017 | $425.82 | | | $3,406.51 | $3,406.56 |
| Jun-2017 | $425.82 | | | $3,832.33 | $3,832.38 |
| Jul-2017 | $425.82 | | | $4,258.15 | $4,258.20 |
| TOTALS= | $5,109.84 | $5,109.92 | | | |

**Escrow cushion and potential escrow shortage**

In the event there is a tax and/or insurance increase over the coming escrow year, Federal law (RESPA) allows additional funds to be held to prevent the escrow account from being overdrawn.

This additional amount, which is called a cushion, may be up to 1/6th of the total payments estimated to be made from the escrow account for the coming escrow year.

To avoid a shortage, the escrow balance should not fall below the cushion amount at any time during the coming escrow year.

NMLS # 1852                                                                                                      BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

## Escrow Account Projections

**Total Anticipated Payments.** The anticipated payments from escrow for the coming year total $5,109.92.

**Required Escrow Cushion/Minimum Balance.** The required cushion amount is $851.64 (1/6 of $5,109.92).

Expected Balance Deficiency - According to the last month of the account history, the expected escrow balance is $4,258.23, making the escrow balance deficiency $0.00 (the balance deficiency equals the total amount paid into escrow minus the total amount of money to be paid out this year). Total escrow shortage - Based on the expected balance deficiency of $0.00, and the minimum required balance/cushion of $851.64, an additional $0.05 is needed for the escrow balance. Projected Monthly Payment for Escrow - The total escrow shortage of $0.05 has been spread over 12 months and broken into 12 equal monthly payments of $0.00 per month (the total anticipated shortage divided by 12). The shortage spread amount of $0.00 will be added to the target escrow payment of $425.82 calculated above, for a sum total of $425.82. This total, $425.82, will be the monthly amount due for payment into escrow.

Therefore, the first monthly mortgage payment for the coming escrow year, beginning with the payment due on 08/01/2016, will be $1,209.39 of which $783.57 will be for principal and interest and $425.82 will go into the escrow account. Note - The shortage amount may be paid directly. All or part of the above shortage may be sent to OCWEN at the address provided below. If the shortage is paid, the monthly payment will be adjusted accordingly.

If you have any questions in this regard, please do not hesitate to contact us.

Please contact our Customer Care Center at (888) 554-6599. Representatives are available to answer your questions Monday through Friday 8:00 am to 9:00 pm ET.
Fax in Attention: Escrow department Fax number: (561) 682-7875.

**Mailing Address :**
Ocwen Loan Servicing LLC
Attn : Escrow Department.
P.O. Box 24737
West Palm Beach, FL 33416

Sincerely,
Loan Servicing

NMLS # 1852                                                                                                    BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

## This Coupon Must Be Included with Escrow Shortage Payment
## Escrow Shortage Payment

| Angelica Pita<br>11917 Sw 110 Circle<br>Miami, FL 33186 | Loan Number | Total Shortage |
|---|---|---|
| | ■■■■■■■ | $0.05 |
| Payable to:<br>Ocwen Loan Servicing LLC<br>Attn: Escrow Department<br>P.O. Box 24737<br>West Palm Beach, FL 33416-4737 | *Note* - *If the escrow shortage amount of $0.05, is paid, the monthly escrow payment will be adjusted accordingly*<br><br>Amount of Payment $ _____ | |

NMLS # 1852                                                                                                           BKA_SHORTAGEM
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.