**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ _____SECOND_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ANGELICA PITA**   JOINT DEBTOR:_____  CASE NO.: 14-11269-RAM
Last Four Digits of SS# XXX-XX-9583  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 2,132.20  for months   1   to   32  ; in order to pay the following creditors:
B.   $ 2,036.14 for months   33   to   60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.000 (+$775.00 Motion to Value) + $525 Motion to Modify= $4,950.00  TOTAL PAID $2,000.00 Balance Due  $ 2,950.00  payable $ 75.78 /month (Months 1 to 32 ); payable $ 18.75 /month (Months 33 to 60 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Ocwen Loan Servicing      Arrearage on Petition Date   $ 33,506.14
Address: c/o Deutsche Bank National Trust  Arrears Payment $ 528.18 /month (Months  1  to  32 )
 Attn: Cashiering Dept.         Regular Payment $ 1,232.42 /month (Months  1  to  32 )
 1661 Worthington Road, Suite 100    Arrears Payment $ 593.01 /month (Months  33  to  60 )
 West Palm Beach, FL 33409        Regular Payment $ 1,209.39 /month (Months  33  to  60 )
Account No: 706026598

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing Account No.706077534 | Property Address: 11917 SW 110th Street Circle E, Miami, FL 33186 Value $125,000 Appraisal by: PMR Appraisals Inc. | 0% | $ 0.00 | 1 To 60 | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.    N/A_____ Total Due $_____
                    Payable $_____/month (Months____ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 172.33  /month (Months 1  to  32 ), $ 11.37/month (Months 33  to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is Surrendering all interest in the property located at: 10835 SW 112th Ave. #318, Miami, FL 33176- with the 1st Mortgage Americas Servicing Co. (Account No.XXX-3483) and the 2nd Mortgage Americas Servicing Co. (Account No.XXX-2057).
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
 /s/ Robert Sanchez, Esq.                              _____
Attorney for Debtor                                 Joint Debtor
Date:  11/11/2016                                  Date:_____

LF-31 (rev. 06/02/08)