UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case Number: 14-11269-RAM
Angelica Aguilar,                                   Chapter 13

Debtor.
_____/

# MOTION TO COMPEL DEUTSCHE BANK NATIONAL TRUST CO. TO TURN OVER FUNDS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

COMES NOW, Nancy K. Neidich, Standing Chapter 13 Trustee ("Trustee"), by and through the undersigned counsel and moves this Honorable Court to compel Deutsche Bank National Trust Co. to turn over $7,560.75 to the Trustee and as grounds therefore states:

1. The Trustee remitted to Deutsche Bank National Trust Co. an over disbursement of $7,560.75

2. On January 26, 2018, the Trustee sent Deutsche Bank National Trust Co. via certified mail, a demand letter requesting the $7,560.75 over payment be returned; a letter which was received on January 29, 2018. *See* exhibit B –United States Certified Tracking confirmation and letter mailed by the Trustee.

3. The Trustee respectfully requests the Court enter an order compelling Deutsche Bank National Trust Co. to return the $7,560.75 over payment so that the Trustee may close the instant case.

WHEREFORE, for the above reasons, the Trustee respectfully requests this Honorable Court enter an order compelling Deutsche Bank National Trust Co. to return the $7,560.75 over payment so that the Trustee may close the instant case and further relief as may be just and proper.

Respectfully submitted:

NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By:   /s/
ADISLEY CORTEZ-RODRIGUEZ, ESQ.
FLORIDA BAR NO: 0091727
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

## CERTIFICATE OF SERVICE

I CERTIFY that the forgoing has been served by CMECF notices of electronic filing on Debtor's counsel on  MAY 17, 2018  and:

**By First Class U.S. Mail to:**

Deutsche Bank N.A.
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416

CT CORPORATION SYSTEM
c/o Deutsche Bank National Trust Company
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

Deutsche Bank National Trust Company
Attn: Christian Sewing, CEO
60 WALL STREET
NEW YORK, NY 10005
Certified Mail No.: 7015 3010 0000 8644 5503

7015 3010 0000 8644 5503

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

January 26, 2018

**VIA CERTIFIED MAIL #7015 3010 0000 8653 0841**
Deutsche Bank National Trust Company
c/o Ocwen Loan Servicing, LLC
ATTN: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

**RE:   Angelica Aguilar**
         Case No.: 14-11269-RAM

Dear Deutsche Bank National Trust Company:

In connection with an audit of the above-referenced Chapter 13 file, I have found that this office inadvertently disbursed to your company an over disbursement of **$7,560.75. Therefore, the over-disbursement of $7,560.75 must be returned to this office. Please mail the refund check to Nancy K. Neidich Trustee, PO Box 278783, Miramar, FL  33027-8783.**

| ACCOUNT NO: | OVERPAYMENT AMOUNT: |
|---|---|
| 6598 | $7,560.75 |

Please remit **$7,560.75** to the Trustee's office within twenty (20) days of this notice. This will allow us to properly administer the case and provide that all creditors receive the proper amount.

Thank you for your anticipated cooperation. If you have any questions, please contact this office.

Sincerely,
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE


Nancy K. Neidich, Trustee
Re: Clerk Cl #9 TT Cl #1

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO C...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70153010000086530841

Remove X

Your item was picked up at a postal facility at 5:57 am on January 29, 2018 in WEST PALM BEACH, FL 33416.

## ✓ Delivered

January 29, 2018 at 5:57 am
Delivered, Individual Picked Up at Postal Facility
WEST PALM BEACH, FL 33416

**Tracking History** ⌄

**Product Information** ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**